# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| MARKO DURIC, ) | |
| ATTORNEY DISCIPLINARY ) | Case No. 3:24-mc-19-NJR |
| PROCEEDINGS. ) | |

## ORDER

**ROSENSTENGEL, Chief Judge:**

On March 27, 2024, counsel for Marko A. Duric, an attorney admitted to practice generally in this Court, notified the Court that Mr. Duric pled guilty to Reckless Driving, a Class C misdemeanor, in Lake County, Indiana (Doc. 1).

Consistent with SDIL-LR 83.3(b), Mr. Duric is **ORDERED** to provide the Clerk of Court with a certified copy of his judgment within **30 days** from receipt of this Order.

IT IS SO ORDERED.

DATED:  April 3, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**